Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. 5:16-cv-00459-RMW |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BASS ALSHELEH a/k/a BASEM H. ALSHELEH, individually, and CAMPBELL FINE CIGAR CORPORATION (sued as "CAMPBELL CIGAR CLUB") |
| vs. | |
| Bass Alsheleh a/k/a Basem H. Alsheleh, individually and d/b/a Campbell Cigar Club, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants BASS ALSHELEH a/k/a BASEM H. ALSHELEH, individually, and CAMPBELL FINE CIGAR CORPORATION (sued as "CAMPBELL CIGAR CLUB"), that the above-entitled action is hereby dismissed with prejudice against BASS ALSHELEH a/k/a BASEM H. ALSHELEH, individually, and CAMPBELL FINE CIGAR CORPORATION (sued as "CAMPBELL CIGAR CLUB").

///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 5:16-cv-00459-RMW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 8/23/16

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
**Joe Hand Promotions, Inc.**

Dated: 8/23/16

KASOWITZ, BENSON, **TORRES & FRIEDMAN LLP**
By: Darcy L. Jones
Attorneys for Defendants
**Bass Alsheleh a/k/a Basem H. Alsheleh and Campbell Fine Cigar Corporation (sued as "Campbell Cigar Club")**

**IT IS SO ORDERED:**

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated: 8/24/2016